# IN THE SUPREME COURT OF THE STATE OF NEVADA

FAROOQ ABDULLA, INDIVIDUALLY,
Appellant,
vs.
ETHAN VOLUNGIS, INDIVIDUALLY,
Respondent.

No. 71300

**FILED**

FEB 09 2017


ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

On January 23, 2017, counsel for appellant filed a response to this court's order to show cause why this matter should not be dismissed without prejudice in light of the information provided by bankruptcy counsel. Counsel indicates this appeal is meritorious and counsel does not object to dismissal as long as appellant may reinstate this appeal once the bankruptcy stay is lifted or the bankruptcy otherwise ceases to be an impediment.

We conclude that judicial efficiency will be best served if this appeal is dismissed without prejudice. Because a dismissal *without prejudice* will not require this court to reach the merits of this appeal and is not inconsistent with the primary purposes of the bankruptcy stay—to provide protection for debtors and creditors—we further conclude that such dismissal will not violate the bankruptcy stay.[1] *See Independent Union of Flight Attendants v. Pan American World Airways, Inc.*, 966 F.2d 457, 459 (9th Cir. 1992) (holding that the automatic stay does not preclude

---

[1] The automatic stay provides a debtor "with protection against hungry creditors" and gives it a "breathing spell from its creditors" by stopping all collection efforts. *Dean v. Trans World Airlines, Inc.*, 72 F.3d 754, 755 (9th Cir. 1995). Further, it assures creditors "that the debtor's other creditors are not racing to various courthouses to pursue independent remedies to drain the debtor's assets." Id. at 755-6.

17-04669

dismissal of an appeal so long as dismissal is "consistent with the purpose of the statute [11 U.S.C. §362(a)]"; *Dean v. Trans World Airlines, Inc.*, 72 F.3d 754, 755 (9th Cir. 1995) (holding that a post-bankruptcy petition dismissal will violate the automatic stay "where the decision to dismiss first requires the court to consider other issues presented by or related to the underlying case").

Accordingly, we dismiss this appeal. This dismissal is without prejudice to appellant's right to move for reinstatement of this appeal within 90 days of either the lifting of the bankruptcy stay or final resolution of the bankruptcy proceedings, if appellant deems such a motion appropriate at that time.

It is so ORDERED.

_____Cherry_____, C.J.
Cherry

_____Hardesty_____, J.
Hardesty

_____Stiglich_____, J.
Stiglich

cc:　Hon. Michelle Leavitt, District Judge
　　　Persi J. Mishel, Settlement Judge
　　　Lewis Roca Rothgerber Christie LLP/Las Vegas
　　　Thorndal Armstrong Delk Balkenbush & Eisinger/Las Vegas
　　　Goldsmith & Guymon, P.C.
　　　Eglet Prince
　　　Eighth District Court Clerk